01-16-08 12:03 FROM-REISH LUFTMAN REICHER & COHEN 04785831 T-570 P.002/004 F-674
Case 2:06-cv-07718-MMM-PLA Document 51 Filed 01/17/08 Page 1 of 3 Page ID #:86
Case 2:06-cv-07718-MMM-PLA Document 51 Filed 01/..0/2008 Page 1 of 3
ORIGINAL

1  Gregory Glenn Petersen, Bar No. 77744
   gpetersen@jdtplaw.com
2  Paul E. Ban Hoomissen, Bar No. 177925
   pvanhoomissen@jdtplaw.com
3  Joshua B. Rittenberg, Bar No. 224116
   jrittenberg@jdtplaw.com
4  JACKSON, DeMARCO, TIDUS, PETERSEN
   & PECKENPAUGH
5  A Law Corporation
   2030 Main Street, Suite 1200
6  Irvine, California 92614
   (949) 753-2-8585
7
   Attorneys for Plaintiffs
8  ROGELIO ANGEL ROSELLO and
   DIEGO ROSELLO
9

10             UNITED STATES DISTRICT COURT
11             CENTRAL DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| 13  ROGELIO ANGEL ROSELLO, an individual, DIEGO ROSELLO, an individual, on behalf of themselves, and the ERISA plan,<br><br>15           Plaintiffs,<br><br>16  vs.<br><br>17  DOMINO'S PIZZA, LLC, a Michigan limited liability company; DOMINO'S PIZZA, INC., a Michigan corporation; DOMINO'S PIZZA PARTNERS FOUNDATION, a Georgia not-for-profit corporation; JIM STANSIK, an individual; AICHA BASCARDO, an individual; DANNY MALAMIS, an individual; RAY MONTEZ, an individual; ALAN MURPH, an individual; TONY OSANI, an individual; GEORGE RALPH, an individual; PHIL RANDS, an individual; CORY WHITTLE, an individual; and DANA STEARNS, an individual; and DOES 1 through 40, inclusive,<br><br>          Defendants. | CASE NO.: CV-06-7718MMM(PLAx)<br><br>*Hon. Margaret M. Morrow*<br><br>STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE [F.R.Civ.P. 41(a)(1); ORDER THEREON<br><br><br>"BY FAX" |

1

01-16-08 12:03 FROM-REISH LUFTMAN REICHER & COHEN 3104785831 T-570 P.003/004 F-674
Case 2:06-cv-07718-MMM-PLA Document 52 Filed 01/17/08 Page 2 of 3 Page ID #:87
Case 2:06-cv-07718-MMM-PLA Document 51 Filed 01/15/2008 Page 2 of 3

## STIPULATION

WHEREAS, the Parties hereto, Plaintiffs Rogelio Angel Rosello and Diego Rosello, and Defendants Domino's Pizza, LLC and Domino's Pizza Partners Foundation have entered into a written Settlement Agreement and Mutual Release (the "Settlement Agreement") and have performed the respective covenants and conditions set forth therein;

WHEREAS, the Settlement Agreement provides that the Parties will stipulate to the dismissal of the action <u>with prejudice</u> and that such dismiss is a condition precedent to the effectiveness of the settlement and the releases contained therein;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Joshua B. Rittenberg of Jackson, DeMarco, Tidus, Petersen & Peckenpaugh, attorneys of record for Plaintiffs Rogelio Angel Rosello and Diego Rosello, and Michael A. Vanic of Reish Luftman Reicher & Cohen, attorneys of record for Defendants Domino's Pizza, LLC and Domino's Pizza Partners Foundation that the entire action and all claims asserted therein be dismissed <u>with prejudice</u>, with each party to bear his or its own fees and costs.

January 8, 2008

JACKSON, DeMARCO, TIDUS, PETERSEN & PECKENPAUGH

By: _____
Joshua B. Rittenberg
Attorneys for Plaintiffs Rogelio Angel Rosello and Diego Rosello

01-16-08 12:03 FROM-REISH LUFTMAN REICHER & COHEN 3104785831 T-570 P.004/004 F-674
Case 2:06-cv-07718-MMM-PLA Document 52 Filed 01/17/08 Page 3 of 3 Page ID #:88
Case 2:06-cv-07718-MMM-PLA Document 51 Filed 01/15/2008 Page 3 of 3

January 8, 2008

REISH LUFTMAN REICHER & COHEN

By: _____
MICHAEL A. VANIC
JOSEPH C. FAUCHER
Attorneys for Defendants Domino's Pizza, LLC, and Domino's Pizza Partners Foundation

## ORDER

The parties having entered into a Settlement Agreement and having stipulated to the dismissal of this action with prejudice and good cause existing, therefor:

IT IS HEREBY ORDERED THAT THIS ACTION IS DISMISSED WITH PREJUDICE EFFECTIVE FORTHWITH.

Dated: 1-17-08

_____
Margaret M. Morrow,
United States District Judge